**760**

REYNA, TARANTO, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

REYNA, TARANTO, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Juan M. MEDINA, Jr., Petitioner**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 2015–3063.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

Lorenzo Wilson Tijerina, Law Office of Lorenzo W. Tijerina, San Antonio, TX, argued for petitioner.

Michael Anthony Rodriguez, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Patricia M. McCarthy.

**Shamis HARVEY, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 2015–3114.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

Joel J. Kirkpatrick, Joel J. Kirkpatrick, P.C., Plymouth, MI, argued for petitioner.

Stephen Fung, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by Bryan G. Polisuk.

MOORE, O'MALLEY, and WALLACH, Circuit Judges.